THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PAUL WATTS, Appellant.—

Concur — Stevens, P. J., Eager, Capozzoli, Nunez and Steuer, JJ.